IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| LUIS M. MARSH | § | |
| VS. | § | CIVIL ACTION NO. 4:10cv642 |
| JERRY RODRIGUES, ET AL. | § | |

## ORDER OF DISMISSAL

Plaintiff Luis M. Marsh, an inmate confined in the Hopkins County Jail, proceeding *pro se* and seeking to proceed *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation that the claims Plaintiff filed pursuant to § 1983 should be dismissed without prejudice for failure to obey an order of the Court and failure to prosecute his action, pursuant to Fed. R. Civ. P. 41(b). Plaintiff has filed objections, but they do not address the basis of the Magistrate Judge's Report and Recommendation.

Having made a *de novo* review of the objections raised by Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and Plaintiff's objections are without merit. Accordingly, the Court adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is therefore

**ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(b). It is further

**ORDERED** that any and all motions not yet addressed are hereby **DENIED**.

**SIGNED this the 27th day of March, 2013.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE